UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARK PATRICK LANGE,

    Plaintiff,

vs.                                                   Case No. 2:22-cv-99-SPC-NPM

FLORIDA DEPARTMENT OF LAW

 ENFORCEMENT,

    Defendant,                               JURY TRIAL REQUESTED

## **AMENDED COMPLAINT**

Comes now, the plaintiff, MARK PATRICK LANGE, pro se Plaintiff, hereby moves pursuant to Florida rules of Civil Procedure 1.190(a) and seeks to amend the complaint.

1. The proposed amended complaint, which is attached, is purposed to add the additional complaint in which could invoke the court's jurisdiction.

2. The plaintiff is also seeking additional relief, which is attached.

3. The defendant will not be prejudiced by the amendment of the complaint, nor will the amendment warrant additional time for discovery in this case.

WHEREFORE, the plaintiff respectfully requests that an Order granting this motion to amend the complaint and this amended complaint be entered as the filed amendment accepted by this court.

COMPLAINT

1. The plaintiff MARK LANGE, is a 58-year-old male, he is a veteran with an Honorable discharge, he is married and has 3 children and 7 grandchildren.

2. The plaintiff was charged and convicted, Criminal Sexual Conduct 4th Degree in Minnesota on November 9th, 1995, Court Case Number 62-KX-94-000822, the plaintiff did complete all requirements of the courts, the case was closed and marked as a Misdemeanor. (See Attachment: Exhibit_I)

3. The plaintiff's full civil rights was restored on January 21st, 2003 (See Attachment: Exhibit_A1, 8 months 2 days before plaintiff moved to the State of Florida.

4. On January 26th, 2009, the plaintiff's requirement to register as a sex offender in Minnesota was fulfilled. Plaintiff wrote an e-mail to Florida Department of Law Enforcement in 2009 respectfully requesting to be removed from Florida Sex registry because of Florida State Statue 943.04354(4) (See Attachment: Exhibit_L), the plaintiff sent a copy of the letter from Minnesota stating my registration requirement is fulfilled. (See Attachment: Exhibit_A2).

5. The Defendant charged the plaintiff with a Felony charge from Florida State Statue 800.04(5), from a closed court case 62-KX-94-000822 from Minnesota, (See Attachment: Exhibit_E). The plaintiff does not have an arrest record, no

court number, no county where the plaintiff was charged in the State of Florida, for 800.04(5). (See Attachment: Exhibit_P)

6. The plaintiff must pay two time a year for his re-registration, to be on the Florida sex offender registry in the State of Florida. The plaintiff was told to sign the re-registration forms, or an arrest warrant will be issued for the plaintiff. The plaintiff writes on the form where the plaintiff has his signature line under duress then signs the form. The plaintiff also is bullied by the defendant. The plaintiff has asked many questions to the defendant and the defendant is unable to answer most of them except "FDLE has reviewed your criminal history and determined that your 1995 conviction for Criminal Sexual Conduct 4th Degree in Ramsey County, Minnesota is similar to Florida Statute 800.04(5)".
In Florida State Statue 800.04(5), it is a FELONY in the second degree in the State of Florida, what the plaintiff is similarly convicted with, without due process.

6. The plaintiff worked at a Hospice of Naples form 2003-2007 until he became injured.

7. The plaintiff was trying to get some help through department of education, Bureau of Rehabilitation and Reemployment Services, when he was done with all the operations on his knee, in 2009. The plaintiff was not allowed to go to any credited school because of his Background check in Florida, the plaintiff had a meeting with Lucinda Kelley who was the dean at Edison Collage,

and she referred to the Jessica Lunsford Act that is why the plaintiff was not allowed to be at the school, not even DUO enrollment.

7. The plaintiff was about to move in 2009 with his wife and 2 children when the owner of the home that the plaintiff was moving too, did not want a sex offender moving into his home, and it would not be good for the neighborhood. The plaintiff and his family did not move. The plaintiff even wrote to the owner, See Exhibit_O. This is another reason why the plaintiff and his family cannot move to wherever the plaintiff wants with his family, because of what the defendant put on his record in the State of Florida.

8. The plaintiff has raised three children (Two girls, One 37, and another 29, One boy at 22) of his own. In 2009 plaintiff was at a Boy Scout function with his son, when a leader from the Boy Scout organization asked the plaintiff to leave the function and was not allowed to be at any Boy Scout functions that his son was at, because of the plaintiff's background record in Florida. The plaintiff would have been at the function's if defendant would not have put a felony on the plaintiffs record in the State of Florida.

9. The plaintiff was taking care of his grandson, when Lee County Sheriff officers began banging loudly on the front door of the plaintiff's home, Department of Children and Family's was with them asking if there is a child in the home and they had to see the child, to see if any harm came to the child. They

had a report that the sex offender had a child in his home. They must investigate because of someone called it in. It happened about six to seven times throughout the 8 years the grandson lived with the plaintiff. Department of Children and Family even removed the grandson from the plaintiff's home, because of living with a registered sex offender is a safety concern and there was no safety plan to be placed. (See Attachment: DCF_Exhibit).

**Conclusion:**

    1. The Defendant convicted plaintiff with Florida State Statue: 800.04(5) in which is a Felony in the second degree in the State of Florida, without due process.

    2. The Defendant MAKES plaintiff sign forms in the State of Florida, plaintiff signs forms under duress.

    3. The Defendant is making plaintiff pay money every six months for a Felony conviction in the State of Florida, in what the defendant convicted the plaintiff in the State of Florida without due process.

    4. The Defendant bullied, harassed, and made plaintiff fearful of Law Enforcement, plaintiff takes one step forward, and the Felony record in what the defendant convicted the plaintiff, puts the plaintiff twenty steps backward.

**Relief**

    1. The plaintiff's relief is in the amount of Five Million Dollars because of all the pain, bulling, and anguish that the plaintiff and his family has endured for the years.

2. Another relief is removing the plaintiff's background from the State of Florida. The plaintiff has not committed any crime in the State of Florida.

3. Another relief is removing the plaintiff from the Florida Sex Offender Registry and pay any additional cost to remove plaintiff from all websites that portrays plaintiff as a sex offender. Because of all the years in the system that defendant had put on the plaintiff, the more and more websites put the plaintiff's name on other websites.

**Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Date of signing: 04-14-2022

Signature of Plaintiff: *[signature]*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

MARK PATRICK LANGE ,
                Petitioner,

and                                   Case No.: 2:22-cv-99-SPC-NPM

FLORIDA DEPARTMENT OF LAW ENFORCEMENT ,
                Respondent,

## CERTIFICATE OF SERVICE

I certify that a copy of {name of document(s)} Amended Complaint

was (  ) mailed (  ) faxed and mailed (✓) e-mailed (  ) hand-delivered to the person listed below on {date} 12/26/2022 .

**Other party or his/her attorney:**
Name: James Martin
Address: _____
City, State, Zip: _____
Fax Number: _____
Designated E-mail Address(es): JamesMartin@fdle.state.fl.us

_____
Signature of Party
Printed Name: Mark Patrick Lange
Address: 18165 Matanzas Road
City, State, Zip: Fort Myers, Florida 33967-6133
Fax Number: _____
Designated E-mail Address(es): markky123@comcast.net

**IF A NONLAWYER HELPED YOU FILL OUT THIS FORM, HE/SHE MUST FILL IN THE BLANKS BELOW:**
[fill in all blanks] This form was prepared for the: {choose only one} (  ) Petitioner (  ) Respondent
This form was completed with the assistance of:
{name of individual} _____,
{name of business} _____,
{address} _____,
{city} _____,{state} _____,{zip code}_____,{telephone number}_____