UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARK PATRICK LANGE,

    Plaintiff,

v.                                        Case No.:  2:22-cv-99-SPC-NPM

FLORIDA DEPARTMENT OF
LAW ENFORCEMENT,

    Defendant.

_____/

## ORDER

Before the Court is Plaintiff Mark Patrick Lange's second "Amended Complaint." Lange "seeks to amend the complaint." (Doc. 18). But Lange's case has been dismissed without prejudice and closed. (Doc. 13).

Some background is necessary. Lange filed his original complaint on February 14, 2022. (Doc. 1). Before submitting a proposed summons and serving his original complaint, Lange filed an amended complaint. (Doc. 10). He also moved to proceed in forma pauperis (Doc. 11), which was denied. (Doc. 12). Because Lange never submitted a proposed summons and never filed proof of service of the summons and amended complaint within the required time, the Court dismissed the case without prejudice. (Doc. 13). *See* M.D. Fla. R. 1.10(a).

Lange has not filed a motion to reopen the case, explaining adequate grounds for such relief. *See* Fed. R. Civ. P. 60(b). So, the Court will take no action on Lange's most recent filing. (Doc. 18). If Lange wishes to pursue his claims, he must move to reopen adequately or file a new case. *See* Fed. R. Civ. P. 60(b); *McNeil v. United States*, 508 U.S. 106, 113 (1993) (pro se litigants must still comply with procedural rules applicable to ordinary civil litigation).

Accordingly, it is now

**ORDERED:**

The Court will take no action on Plaintiff Mark Patrick Lange's "Amended Complaint." (Doc. 18). If Lange wishes to pursue his claims, he must move to reopen in accordance with Fed. R. Civ. P. 60(b) or file a new case.

**DONE** and **ORDERED** in Fort Myers, Florida December 30, 2022.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record